IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| HENDERSON CONSTRUCTION COMPANY, INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAY CONSTRUCTION COMPANY, INCORPORATED, )<br>)<br>Defendant. ) | Civil Action No. 09-309 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 2, 2009. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. Judgment is entered in the amount of $453,081.87 plus pre- and post-judgment interest accruing from March 7, 2009 until paid.

It is further ORDERED that this case is DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July 20, 2009